IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07- 35 - UNA |
| ) | |
| IRVIN J. LEWIS, ) | |
| ) | REDACTED |
| Defendant. ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about February 6, 2007, in the District of Delaware, Irvin J. Lewis, the defendant, knowingly did possess a firearm, that is, a .45 caliber semi-automatic pistol, manufactured by Colt, serial number 70N84717, which had been transported in interstate commerce to Delaware, having been convicted on June 14, 1999, in Superior Court for New Castle County, Delaware, of possession with intent to deliver a controlled substance, and further having been convicted on or about November 8, 2006, in Superior Court for New Castle County, Delaware, of possession of a deadly weapon by a person prohibited, both offenses punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 3-6-07

FILED
MAR 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE