IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-35-UNA. |
| | ) | |
| IRWIN J. LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

FILED
MAR 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

   Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, respectfully states:

   1.   On March 6, 2007, the defendant was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g). On that date this Court issued a bench warrant which remains outstanding.

   2.   The defendant is currently a detainee of the State of Delaware at the Howard R. Young Correctional Institute (Gander Hill) in Wilmington, Delaware.

   3.   The defendant has not had an initial appearance in the District Court for the District of Delaware.

   **WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the

Warden for the Howard R. Young Correctional Institute (Gander Hill) to bring the defendant before this Court for an initial appearance, and if the State charges remain outstanding, to be returned to the Warden for the Howard R. Young Correctional Institute (Gander Hill).

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: March 7, 2007

**IT IS SO ORDERED** this __8th__ day of __MARCH__, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court

2