IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )  | |
| Plaintiff,         ) | |
| )  | |
| v.         ) | Criminal Action No. 07-35  SLR |
| )  | |
| IRVIN J. LEWIS,         ) | |
| )  | |
| Defendant.         ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    _____   Crime of violence (18 U.S.C. § 3156)

    _____   Maximum sentence life imprisonment or death

    _____   10+ year drug offense

    _____   Felony, with two prior convictions in above categories

    _____   Minor victim

    __X__   Possession/ use of firearm, destructive device or other dangerous weapon

    _____   Failure to register under 18 U.S.C. § 2250

    _____   Serious risk defendant will flee

    _____   Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    \_\_\_\_    Defendant's appearance as required

    _X_    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    \_\_\_\_    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    \_\_\_\_    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_\_    At first appearance

    _X_    After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    \_\_\_\_    1. At the time the offense was committed the defendant was:

        \_\_\_\_  (a) on release pending trial for a felony;

        \_\_\_\_  (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_\_  (c) on probation or parole for an offense.

    \_\_\_\_    2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    \_\_\_\_    3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 15th day of March, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney