AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

IRWIN J. LEWIS

**WARRANT FOR ARREST**

Case Number: CR 07-35-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ IRWIN J. LEWIS _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1) and 924(a)(2)___

PETER T. DALLEO
Name of Issuing Officer

BY: _[signature]_ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

MARCH 6, 2007 at WILMINGTON, DE
Date and Location

FILED
APR - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 King St  Wilm. DE

| DATE RECEIVED 3/6/07 | NAME AND TITLE OF ARRESTING OFFICER for INS  J Policichio | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 3/15/07 | | |