IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-035-SLR |
| IRVIN J. LEWIS, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 17th day of May, 2007,

IT IS ORDERED that an evidentiary hearing is scheduled for **Monday, July 16, 2007** at **4:00 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge