AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE _____

U.S.A.

v.

Irvin J. Lewis

**EXHIBIT AND WITNESS LIST**

Case Number: 07-35-cr-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | E. Falgowski, Esg. | E. Bostic, Esg. |
| TRIAL DATE(S) Hearing Govt. 7/16/07 | COURT REPORTER V. Gunning | COURTROOM DEPUTY F. Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/16/07 | | ✓ | CD - Transcript       (DeFelice) |
| 2 | | 7/16/07 | | ✓ | CD - Transcript |
| | 1 | 7/16/07 | ✓ | | Police Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages