IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-035-SLR |
| IRVIN J. LEWIS, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 31st day of July, 2007, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that a change of plea hearing is scheduled for **Thursday, August 9, 2007** at **11:30 a.m.** in courtroom 6B, on the sixth floor of the J.9 Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this order and the **August 9, 2007** plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge