

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building　　　　　　　　　　(302) 573-6277
1007 Orange Street, Suite 700　　　　FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

August 16, 2007

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware   19801

  Re: **United States v. Irvin J. Lewis**
     **Criminal Action No. 07-35-SLR**

Dear Judge Robinson:

  During the suppression hearing on July 16, 2007, the United States offered into evidence two CDs, Government Exhibits 1 and 2. The United States explained that the CDs were the audio/visual recordings of a post-arrest statement made by the defendant on the day of his arrest. The Government further indicated that it would later provide a transcript of that statement.

  The United States has prepared a transcript of the approximate 20 minute, post-arrest statement recorded on the identical CDs which are Government's Exhibits 1 and 2. By separate cover letter, the United States will provide the Court a copy of the transcript so that it may become part of the record of the suppression hearing.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

                By: _____

                Edmond Falgowski
                Assistant United States Attorney

pc: Edson Bostic, Esquire

EF:slb