IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
    v.                           )  Crim. No. 07-035-SLR
                                 )
IRVIN J. LEWIS,                  )
                                 )
        Defendant.               )


**O R D E R**

At Wilmington this 1st day of November, 2007, there being a conflict in the

court's schedule;

IT IS ORDERED that:

1. The sentencing of defendant scheduled for **November 7, 2007** is

**cancelled** and **rescheduled** to commence on **Wednesday, December 5, 2007** at **8:30**

**a.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844

King Street, Wilmington, Delaware.

2. Any objections to the presentence report must be communicated in

writing to the Probation Office and opposing counsel no later than 14 days from receipt

of the presentence report. Such objections should **not** be filed with the court.[1]

---

[1]All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of

3. Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

_____
United States District Judge

---

counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring redaction of personal data identifiers and sensitive information.