IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, §
    Plaintiff, §
     §
v. §   CRIMINAL ACTION NO. 07-35-UNA-SLR
     §
IRVIN J. LEWIS §
    Defendant. §

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
     WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY,
     WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **IRVIN J. LEWIS** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **IRVIN J. LEWIS** was charged with a violation of 18:922(g)(1) and 924(a)(2), for an **INITIAL APPEARANCE on THURSDAY MARCH 15, 2007** at **1:00 PM** and to be remain in the custody of the U.S. Marshal's Service unless the State charges remain outstanding and then to be returned to the Warden of the Howard R. Young Correctional Institute. And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 8th day of March 2007.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

CERTIFIED: 3/9/07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _Evette Water_
Deputy Clerk

[Stamp: RECEIVED DEC 10 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]